Before STATE INDUSTRIAL BOARD, Respondent. CHRISTINA B. WENNER, Respondent, v. COLE & SCHWARTZ and Another, Appellants.— Award reversed, and matter remitted to the State Industrial Board, with costs against said Board to abide the event, on the ground that there was no evidence to induce the conclus on that the interests of justice require the making of a lump sum award. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FREDERICK WILLIAMS, Respondent, v. LALANCE & GROSJEAN MANUFACTURING COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

FREDERICK J. WHEELER, Appellant, v. HELEN T. LEWS and Another, as Executors, etc., of GRACE V. THOMA, Deceased, and Others, Respondents.— Judgment unanimously affirmed, with costs.

JOHN M. YEAGER, Appellant, v. JULIA SELIGMAN and Others, as Executors, etc., of SARAH A. VAN WERT, Deceased, Respondents.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. CORNELIA ZACHARIE, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

HAROLD S. BENEDICT, as Administrator, etc., of MARIAN HOWE, Deceased, Appellant, v. ARTHUR M. ANDREWS and UNITED TRACTION COMPANY, Respondents.— Motion denied, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. DAVE BUNNELL, Respondent, v. HAYES FISH Co., INC., and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANTONIO CAMPOLIETI, Respondent, v. AMERICAN CONCRETE STEEL COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. JENNIE FREEMAN CULVER, Respondent, v. CRESCENT TOOL COMPANY and Another, Appellants.— Motion denied.

Before STATE INDUSTRIAL BOARD, Respondent. FRED CLODJO, Respondent, v. WILLIAM J. SEMPER and Another, Appellants.— Motion denied.

SAMUEL DIAMOND, Appellant, v. SCOTTISH UNION AND NATIONAL INSURANCE COMPANY, Respondent.— Motion granted, with ten dollars costs.

SAMUEL DIAMOND, Appellant, v. ROYAL EXCHANGE ASSURANCE OF LONDON, Respondent.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. MRS. AMANDA DEBOURG, Respondent, v. EASTERN GRAIN AND MILL ELEVATOR CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs in favor of the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. HARRIET DIETSCHE, Respondent, v. GIBBS PRESS, INC., and Another, Appellants.— Award to the mother, as dependent, reversed and claim dismissed, on the authority of *Hermann* v. *American Railway Express Co.* (196 App. Div. 219); *Calderera* v. *Nathan & Co.* (200 id. 298); *Schedzick* v. *Volney Paper Co.*, 193 id. 551, 553), without costs. Award for funeral expenses affirmed. All concur.